

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00546-CV

Jonese M. **ORTEGON**,
Appellant

v.

**HOUSING AUTHORITY OF BEXAR COUNTY**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 375315
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against Appellant Jonese M. Ortegon.

SIGNED April 30, 2014.

_____
Patricia O. Alvarez, Justice